THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TREMAYNE WATSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 5:12-CV-451 (CAR) |
| Deputy Warden JUNE BISHOP, | : | |
| MICHAEL KYLES, ALEXANDER | : | |
| DANIELS, LASHANDA AMOS, | : | |
| SHAUNTAVIUS BLASSINGAME, | : | |
| EVAN WILLIAMS, JACKSON, and | : | |
| JOHN and/or JANE DOES, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER ON RECOMMENDATION

Before the Court is the Recommendation of the United States Magistrate Judge [Doc. 7] to dismiss John and/or Jane Does and certain duplicative claims from Plaintiff Tremayne Watson's pending action. No objection was filed, and having considered the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Recommendation of the United States Magistrate Judge is **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons set forth therein, it is hereby **ORDERED**:

(1) John and/or Jane Does are **DISMISSED**. Plaintiff may amend his Complaint—keeping in mind any applicable statute of limitations—if and

when he learns the names of these individuals or is able to provide a specific description so they may be personally served.

(2) The following claims are **DISMISSED** as duplicative of Plaintiff's pending claims in *Gholston v. Humphrey*, 5:12-CV-97 (MTT):

   a. Plaintiff's claim that he is improperly confined in the Administrative Segregation Unit at the Georgia Diagnostic and Classification Prison;

   b. Plaintiff's claim that June Bishop and Doe order their agents to use handcuffs as brass knuckles to cause serious injuries while carrying out excessive force on inmates; and

   c. Plaintiff's claim that June Bishop is having his personal property illegally confiscated.

**SO ORDERED**, this 23rd day of April, 2013.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

BBP