IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TREMAYNE WATSON,** : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No: 5:12-cv-000451 (CAR) |
| : | |
| **Deputy Warden JUNE BISHOP,** : | |
| **MICHAEL KYLES, ALEXANDER** : | |
| **DANIELS, LASHANDA AMOS,** : | |
| **SHAUNTAVIUS BLASSINGAME,** : | |
| **EVAN WILLIAMS, DESMOND** : | Proceedings Under 42 U.S.C. § 1983 |
| **JACKSON,** : | Before the U.S. Magistrate Judge |
| **Defendants.** : | |

_____

## ORDER

Before the Court are two separate Motions to Dismiss filed by Defendant Evan Williams, (Doc. 48), and by Defendant Lashanda Amos, (Doc. 50). Since Plaintiff Tremayne Watson is proceeding *pro se*, the Court deems it appropriate and necessary to advise Plaintiff of his obligation to respond to these motions and of the consequences he may suffer for failure to file a proper response.

Therefore, Plaintiff is advised that:

(1) two Motions to Dismiss have been filed by Defendants;

(2) Plaintiff has the right to oppose the granting of these motions; and

(3) if Plaintiff fails to oppose these motions, his claims may be <u>DISMISSED</u>.

Plaintiff also is advised that, under the procedures and policies of this Court, motions to dismiss normally are decided on the briefs. That is, the Court considers the written pleadings filed by the parties in deciding whether dismissal is appropriate under the law. The failure of Plaintiff to

respond, in writing, to Defendants' Motions to Dismiss may result in the granting of these motions, without a hearing or any further proceedings.

Accordingly, Plaintiff is hereby **ORDERED AND DIRECTED** to file a written response to Defendants' Motions to Dismiss <u>ON OR BEFORE SEPTEMBER 24, 2013</u>. Thereafter, the Court will consider these motions and any opposition to them filed by Plaintiff. If Plaintiff fails to respond in a timely manner, the Court will deem the Motions to Dismiss to be uncontested.

**SO ORDERED**, this 3rd day of September, 2013.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge