# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **TREMAYNE WATSON,** : | |
| **Plaintiff,** : | |
| : | |
| v.  : | Case No: 5:12-cv-000451 (CAR) |
| : | |
| **Deputy Warden JUNE BISHOP,** : | |
| **MICHAEL KYLES, ALEXANDER** : | |
| **DANIELS, LASHANDA AMOS,** : | |
| **SHAUNTAVIUS BLASSINGAME,** : | |
| **EVAN WILLIAMS, DESMOND** : | Proceedings Under 42 U.S.C. § 1983 |
| **JACKSON,** : | Before the U.S. Magistrate Judge |
| **Defendants.** : | |

## ORDER

Before the Court is a Motion to Stay filed by Defendant Lashanda Amos. Doc. 51. In the Motion, the Defendant requests that discovery in the above-styled case be stayed pending the final resolution of Defendant's Motion to Dismiss (Doc. 50). Given the dispositive nature of the Defendant's Motion to Dismiss, it is in the interests of justice to grant a limited stay of discovery pending the resolution of the Defendant's Motion to Dismiss in order to avoid any potentially unnecessary costs and burdens associated with further litigation. Accordingly, Defendant's Motion to Stay is hereby **GRANTED**, except to the limited issue of exhaustion of administrative remedies, until either the pending Motion to Dismiss is resolved or until further order of the Court.

**SO ORDERED**, this 3rd day of September, 2013.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge